# **EXHIBIT B**

## SHERIFF RETURN

| | |
|---|---|
| **Case No :** | GD-15-011995 |
| **Case Description :** | Smart vs Corizon Inc. etal |
| **Defendant :** | Allegheny County |
| **Service Address :** | 950 Second Avenue Pittsburgh, PA 15219 Allegheny/1 |
| **Writ Description :** | COMPLAINT |
| **Issue Date :** | 7/10/2015 |
| | |
| **Service Status :** | Served - Manager / other person authorized to accept deliveries of United States Mail |
| **Served By :** | Lt. Carter |
| **Served on :** | Thursday, July 16, 2015 at 09:00 |
| **Service Method :** | Personal |

Tiara Smart

vs

Corizon Inc.
Corizon Health Inc.
Orlando Harper
Allegheny County