IN THE U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIARA SMART, Administratrix of the Estate   No. 2:15-cv-00953
of FRANK J. SMART, JR., Deceased,

                         Plaintiff

v.

CORIZON, INC.; CORIZON HEALTH, INC.;
ALLEGHENY COUNTY d/b/a
ALLEGHENY COUNTY JAIL; and
ORLANDO HARPER,

                         Defendants.

## APPENDIX TO DEFENDANTS' CONCISE STATEMENT OF FACTS

| | |
|---|---|
| Exhibit A. | Frank Smart Intake Information |
| Exhibit B. | Frank Smart Medical Intake |
| Exhibit C. | Excerpts from Rae Ann Green Deposition |
| Exhibit D. | Allegheny County Police Initial Report |
| Exhibit E. | Alisia Hollingsworth Statement |
| Exhibit F. | Excerpts from Logan Berger Deposition |
| Exhibit G. | Medical Examiner's Report |
| Exhibit H. | Excerpts from Stephanie Frank Deposition |
| Exhibit I. | Positional Asphyxia Training |
| Exhibit J. | Excerpts Susan Leri Deposition |
| Exhibit K. | Corizon Amended Complaint |
| Exhibit L. | Dismissal of Corizon |