IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIARA SMART, Administratrix of the Estate of FRANK J. SMART, JR., Deceased, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) | No. 2:15-cv-00953-CRE |
| v. | ) ) | |
| CORIZON, INC., CORIZON HEALTH, INC., ALLEGHENY COUNTY d/b/a ALLEGHENY COUNTY JAIL, and ORLANDO HARPER, | ) ) ) ) ) ) | |
| Defendants. | | |

## APPENDIX OF PLAINTIFF'S EXHIBITS

| Exhibit 1 | Excerpts from Rae Ann Green Deposition |
|---|---|
| Exhibit 2 | Excerpts from Frank Lubawy Deposition |
| Exhibit 3 | Excerpts from Jaison Brown Deposition |
| Exhibit 4 | Excerpts from Robert Dickson, Jr. Deposition |
| Exhibit 5 | Excerpts from John Mangis Deposition |
| Exhibit 6 | Excerpts from Norman Martin Deposition |
| Exhibit 7 | Excerpts from Michael Istik Deposition |
| Exhibit 8 | Excerpts from Jeffrey Kengerski Deposition |
| Exhibit 9 | Allegheny County Jail Offender Face Sheet and Charge information |
| Exhibit 10 | Corizon Intake and Receiving Screening (3 pager) |

| | |
|---|---|
| Exhibit 11 | Excerpts from Amie Shank Deposition |
| Exhibit 12 | Medication Dispensed by Inmate Sheet |
| Exhibit 13 | Allegheny County Police Incident Report |
| Exhibit 14 | Statement of Tiona Bennett |
| Exhibit 15 | Autopsy/Toxicology Report |
| Exhibit 16 | Affidavit of John Dunn |
| Exhibit 17 | Excerpts from Robert Bytner Depositon |
| Exhibit 18 | Investigative Report Interview with Alisia Hollingsworth |
| Exhibit 19 | Complaint |
| Exhibit 20 | Amended Complaint |
| Exhibit 21 | Positional Asphyxia Restraint Policy |
| Exhibit 22 | Excerpts from Michael Brown Deposition |
| Exhibit 23 | Corizon Audit |
| Exhibit 24 | 2nd Interview Statement of Alisia Hollingsworth. |
| Exhibit 25 | Excerpts from Robert Orrick Deposition, |
| Exhibit 26 | March 6, 2014 Post-Gazette article |
| Exhibit 27 | Rule 41 Stipulation and Order |